IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| B.B., A MINOR; LUCIL BASCO, AS HIS NEXT FRIEND AND ON HER OWN BEHALF; AND RAYMOND BASCO, | § § § § | |
| *Plaintiffs*, | § § | 5-18-CV-01332-JKP-RBF |
| vs. | § § | |
| SERGEANT JAMES HANCOCK #9130 *ET AL.*, | § § § | |
| *Defendants*. | § § | |

**ORDER**

Before the Court is the parties' Joint Advisory, Dkt. No. 139, submitted in response to the Court's concerns regarding the parties' use of the sealing process, *see* Dkt. No. 128. The Court finds that the parties' proposal regarding the sealing of documents strikes an appropriate balance between the public's common right of access and the Government's interest in maintaining the confidential informant's identity confidential. *See S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993).

**IT IS THEREFORE ORDERED THAT** all documents filed by the parties indicating the identity of the confidential informant or including information provided by the confidential informant to the Defendants—to the extent such information could reasonably be used to identify the confidential informant—may be filed in a partially redacted form so as to preserve the identity of the confidential informant or the integrity of any government investigation. Any matter (excluding exhibits) currently filed under seal must have within **60 days** from the date of this Order a redacted version that is filed on the docket for the public record. Each such

1

document must be labeled in its title and in the docket text so as to reflect that it is a redacted version of a document filed under seal. The docket text should reflect the docket number of the sealed document to which the redacted version is a counterpart. Accordingly, any party filing such a document should contact the Clerk's office before filing any such redacted versions for the public record to ensure that each redacted document links and refers to the applicable sealed filing as well as to ensure that any such filings don't unnecessarily complicate the docket.

All matters, not included exhibits to motions, currently filed under seal that lack a redacted counterpart on the public docket will be unsealed at the expiration of the aforementioned 60-day period. Exhibits filed under seal shall remain sealed.

**IT IS SO ORDERED**.

SIGNED this 30th day of October, 2020.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE