IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| B.B., A MINOR, *et al*. | § | |
| | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | CASE NO. 5:18-cv-1332 |
| | § | |
| OFFICER J. PEREZ, *et al*. | § | |
| | § | |
| *Defendants* | § | |

## NOTICE OF APPEAL OF DEFENDANTS JAMES HANCOCK, JACOB RODRIGUEZ AND BRYAN SMITH

TO THE HONORABLE UNITED STATES DISTRICT JUDGE JASON PULLIAM:

Pursuant to Federal Rule of Appellate Procedure 3(a), Defendants James Hancock, Jacob Rodriguez, and Bryan Smith ("Defendants") hereby give notice of their intent to appeal to the United States Court of Appeals for the Fifth Circuit from the Order of the United States District for the Western District of Texas, San Antonio Division, denying Defendants' Motion for Summary Judgment as to Defendants' entitlement to qualified immunity as a defense against Plaintiffs' 42 U.S.C. Section 1983 claims for unconstitutional search and seizure and excessive force ("Order"). The Order was entered in this case on June 11, 2021 (Docket No. 157). Defendants' notice is being filed within thirty (30) days after the date that this Court entered the Order, and accordingly it is timely. Fed. R. App. P. 4(a)(1)(A).

The parties to the Order appealed from, and the names and addresses of their respective attorneys are as follows:

*Attorneys for Plaintiffs, Raymond Basco and Lucil Basco, on her own behalf and as Next Friend of B.B., a Minor:*

Solomon M. Radner
Johnson Law, PLC
535 Griswold St., Suite 2632
Detroit, MI 48226
(313) 324-8300
Fax: (313) 324-8301
Email: sradner@venjohnsonlaw.com

Brandon J. Grable
Grable Grimshaw Mora PLLC
1603 Babcock Rd Ste 280
San Antonio, TX 78229
2109635297
Fax: 2109635291
Email: brandon@ggm.law

Keith Altman
Excolo Law, PLLC
26700 Lahser Road Suite 401
Southfield, MI 48033
866-939-2656
Fax: 248-436-6858
Email: kaltman@excololaw.com

Madeline M. Sinkovich
Johnson Law, PLC
535 Griswold Street
Suite 2632
Detroit, MI 48226
(248) 324-8300
Fax: (313) 324-8301
Email: msinkovich@venjohnsonlaw.com

*Attorney for Defendants James Hancock, Jacob Rodriguez, and Bryan Smith:*

Robert W. Piatt III
Assistant District Attorney – Civil Division
101 W. Nueva, 7th Floor
San Antonio, Texas 78205
(210) 335-0785 – Telephone
(210) 335-2773 – Fax
robert.piatt@bexar.org

                                          Respectfully submitted,

                                          JOE D. GONZALES
                                          Bexar County Criminal District Attorney
                                          By:   /s/ Robert W. Piatt III
                                          ROBERT W. PIATT III
                                          SBN: 24041692
                                          Asst. District Attorney – Civil Division
                                          101 W. Nueva, 7th Floor
                                          San Antonio, Texas 78205
                                          (210) 335-0785 – Telephone
                                          (210) 335-2773 – Fax
                                          robert.piatt@bexar.org

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 9th day of July 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following attorneys of record:

| | |
|---|---|
| Solomon M. Radner | Keith Altman |
| Madeline M. Sinkovich | Excolo Law, PLLC |
| Johnson Law, PLC | 26700 Lahser Road, Suite 401 |
| 535 Griswold St., Suite 2632 | Southfield, MI 48033 |
| Detroit, MI 48226 | 866-939-2656 |
| (313) 324-8300 | Email: kaltman@excololaw.com |
| Fax: (313) 324-8301 | Fax: 248-436-6858 |
| Email: sradner@venjohnsonlaw.com | |
| Email: msinkovich@venjohnsonlaw.com | |

Brandon J. Grable
Grable Grimshaw Mora PLLC
1603 Babcock Rd Ste 280
San Antonio, TX 78229
2109635297
Fax: 2109635291
Email: brandon@ggm.law

                                          /s/ Robert W. Piatt III
                                          ROBERT W. PIATT III